United States District Court
Southern District of Texas

**ENTERED**
July 31, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AMEYA PUROHIT, *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-CV-02865 |
| | § | |
| ANTONY BLINKEN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On May 7, 2024, Defendant's Motion to Dismiss (Dkt. 10) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 18. Judge Edison filed a Memorandum and Recommendation on July 10, 2024, recommending the motion be **GRANTED**. Dkt. 20.

On July 24, 2024, Plaintiffs filed their Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. Plaintiffs object that Judge Edison's "memorandum and recommendation is solely based on the United States Court of Appeals

for the Fifth Circuit's April 9, 2024 opinion in *Cheejati v. Blinken*, 97 F.4th 988 (5th Cir. 2024), but the Fifth Circuit withdrew and vacated that opinion on July 5, 2024 in *Cheejati v. Blinken*, 106 F.4th 388, 388 (5th Cir. 2024)." Dkt. 22 at 1. Plaintiffs are mistaken. When Judge Edison issued his Memorandum and Recommendation, the Federal Reporter citation was not yet available, so Judge Edison provided the WestLaw citation: 2024 WL 3314339. Dkt. 20 at 1. That WestLaw citation directs the user to 106 F.4th 388—the current and correct version of the Fifth Circuit's *Cheejati* opinion.

Tellingly, Plaintiffs do not argue that *Cheejati* is inapplicable—only that it is wrongly decided. This Court does not sit in review of the Fifth Circuit. Nor will this Court withhold a decision based on pending *petitions* for certiorari. Accordingly, the Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1)    Judge Edison's Memorandum and Recommendation (Dkt. 20) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2)    Defendants' Motion to Dismiss (Dkt. 10) is **GRANTED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 31, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2